In the Matter of Louis H. Pink, Superintendent of Insurance of the State of New York, as Liquidator of Consolidated Indemnity and Insurance Company, Appellant, against Charles E. Ransom, as County Clerk of Nassau County, Respondent.

Argued March 4, 1937; decided March 23, 1937.

*Jess H. Rosenberg, James R. Kelly* and *Lester Weil* for appellant.

*James L. Dowsey, County Attorney* (*John Mowat Mitchell* of counsel), for respondent.

Order affirmed, with costs, upon the authority of *Van Schaick* v. *Jacoby* (266 N. Y. 517), and *Matter of Egbert* v. *Harman* (272 N. Y. 242). The instruments referred to in section 416 of the Insurance Law, for the filing of which no fee is to be charged, are the orders and papers in the direct proceedings mentioned and authorized in article 11. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.